UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------ X

INESSA KLIMOVITSKY,

                Plaintiff,

   -against-

JG INNOVATIVE INDUSTRIES, INC.; JOSEPH GOTTLIEB, individually; ANAT GEULA, individually, and DOV MEDINA, individually,

                Defendants.

------------------------------ X

Case No. 1:21-cv-755 (MKB) (RER)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF QUEENS    )

Emanuel Khaimov, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age, and reside in Rego Park, New York.

2. On March 1, 2021 at approximately 1:59 PM, I served true copies of Summons and Complaint on the following:

    JG Innovative Industries, Inc., Anat Geula, and Dov Medina

    8002 Kew Gardens Road, Suite 502

    Kew Gardens, NY 11415

3. I made such service by personally delivering the aforementioned documents to Inbal Paz, a person of suitable age and discretion, at 8002 Kew Gardens Road, Suite 502, Kew Gardens, NY 11415, which is each Defendants' actual place of business.

4. I would describe Inbal Paz as <u>Female, Red Hair; 200 lbs, Late 40's, 5 foot 6 inches Glasses]</u>.

5. Inbal Paz identified herself as <u>Secretary to Innovative Industries, Inc.</u>.

6. On March 1, 2021, I sent a copy of the aforementioned documents to each Defendant by first class mail in a sealed, properly addressed, post-paid wrapper, which I deposited in an official depository under the exclusive care and custody of the US Postal Service within the State of New York to 8002 Kew Gardens Road, Suite 502, Kew Gardens, NY 11415, each Defendants' actual place of business.

7. Office was buzzed open by Ms. Paz, who claimed to be the worker and secretary of JG Innovative Industries, Inc.

_____
Emanuel Khaimov

Sworn to before me this
___1___ day of March 2021

_____
Notary Public

EDUARD KUSHMAKOV
NOTARY PUBLIC-STATE OF NEW YORK
No. 02KU6385109
Qualified in Queens County
My Commission Expires 12-24-2022