UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INESSA KLIMOVITSKY,　　　　　　　　　　　　　　　　Case No. 21-CV-755 (MKB)(RER)

　　　　　　　　　　　Plaintiff,

　　　-against-

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**
JG INNOVATIVE INDUSTRIES, INC.,
JOSEPH GOTTLIEB, *Individually*,
ANAT GEULA, *Individually*, and
DOV MEDINA, *Individually*,

　　　　　　　　　　　Defendants.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for all of the above-captioned defendants. I certify that I am admitted to practice before this Court.

Dated: Long Island City, New York
　　　　April 8, 2021

　　　　　　　　　　　　　　　　　　　　　STEPHEN D. HANS & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　By:　**/s/Stephen D. Hans**
　　　　　　　　　　　　　　　　　　　　　Stephen D. Hans (SH-0798)
　　　　　　　　　　　　　　　　　　　　　30-30 Northern Boulevard, Suite 401
　　　　　　　　　　　　　　　　　　　　　Long Island City, New York 11101
　　　　　　　　　　　　　　　　　　　　　Tel: 718.275.6700
　　　　　　　　　　　　　　　　　　　　　Fax: 718.275.6704
　　　　　　　　　　　　　　　　　　　　　Email: shans@hansassociates.com