UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INESSA KLIMOVITSKY,                                           Case No. 21-CV-755 (MKB)(RER)

                            Plaintiff,

      -against-

JG INNOVATIVE INDUSTRIES, INC.,                               **NOTICE OF APPEARANCE**
JOSEPH GOTTLIEB, *Individually*,
ANAT GEULA, *Individually*, and
DOV MEDINA, *Individually*,

                            Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT,** I, Nils C. Shillito, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as counsel for all of the above-captioned defendants. I certify that I am admitted to practice before this Court.

Dated:  Long Island City, New York
         April 8, 2021

                                            STEPHEN D. HANS & ASSOCIATES, P.C.

                                            By:   **/s/Nils C. Shillito**
                                                  Nils C. Shillito (NS-6755)
                                                  30-30 Northern Boulevard, Suite 401
                                                  Long Island City, New York 11101
                                                   Tel: 718.275.6700
                                                   Fax: 718.275.6704
                                                   Email: nshillito@hansassociates.com