# STEPHEN D. HANS
# & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**T:** 718.275.6700 • **F:** 718.275.6704

**NILS C. SHILLITO**
**ASSOCIATE**
Tel: 718.275.6700
nshillito@hansassociates.com

May 6, 2021

*VIA ECF*

Hon. Margo K. Brodie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N 626
Brooklyn, NY 11201

> **Re:** **Klimovitsky v. JG Innovative Industries, Inc., et al.**
> **Case No. 21-CV-755 (MKB)(RER)**

Dear Judge Brodie:

This firm represents the defendants in the above-referenced action. Pursuant to Your Honor's April 30th Order, the parties hereby propose the following deadlines for this case:

| | |
|---|---|
| Plaintiff files amended complaint | May 24, 2021 |
| Defendants file motion to dismiss | June 7, 2021 |
| Plaintiff files opposition papers | June 21, 2021 |
| Defendants file reply papers | July 1, 2021 |

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)

cc:    Shalom Law, PLLC (via ecf)