# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

June 7, 2021

VIA EMAIL (jonathan@shalomlawny.com)

Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Attn: Jonathan Shalom, Esq.

Re: **Klimovitsky v. JG Innovative Industries, Inc., et al.
Case No. 21-CV-755 (MKB)(RER)**

Dear Mr. Shalom:

This firm represents the defendants in the above-referenced action. Attached herewith for service are copies of the motion papers regarding defendants' motion to dismiss in the above-referenced action, including specifically the following documents:

- Notice of motion
- Declaration of Anat Geula in Support (with exhibit(s) thereto)
- Memorandum of Law in Support (with exhibit(s) thereto)

Pursuant to Rule 3(D) of Judge Brodie's Individual Practices and Rules, the parties are to refrain from filing any motion papers with the Court until the motion has been fully briefed. As such, only a copy of this cover letter shall be filed with the Court via ECF today.

Sincerely,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)

cc: Hon. Margo K. Brodie
Chief U.S. District Judge, EDNY
(via ecf)