

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jonathan@ShalomLawNY.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

June 21, 2021

**VIA EMAIL (nshillito@hansassociates.com)**

Stephen D. Hans & Associates, P.C.
<u>Attn</u>: Nils C. Shillito, Esq.
30-30 Northern Blvd
Suite 401
Long Island City, NY 11101

**Re:**     **Klimovitsky v. JG Innovative Industries, Inc., et al.**
            **Case No. 21-CV-755 (MKB)(RER)**

Dear Mr. Shillito:

This firm represents the Plaintiff, Ms. Klimovitsky, in the above-referenced action. Attached herewith for service are copies of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss in the above- referenced action.

Pursuant to Rule 3(D) of Judge Brodie's Individual Practices and Rules, the parties are to refrain from filing any motion papers with the Court until the motion has been fully briefed. As such, only a copy of this cover letter shall be filed with the Court via ECF today.

Sincerely,

**SHALOM LAW, PLLC**
<u>/s/ *Jonathan Shalom*</u>
Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills, NY 11375
(718) 971-9474 (office)
Jonathan@Shalomlawny.com

*Attorneys for Plaintiff*

cc:

**VIA ECF**

The Honorable Margo K. Brodie
Chief U.S. District Judge, EDNY