**STEPHEN D. HANS & ASSOCIATES, P.C.**
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

July 1, 2021

*VIA FIRST CLASS MAIL and ECF*

Hon. Margo K. Brodie
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N 626
Brooklyn, NY 11201

      Re:    **<u>Klimovitsky v. JG Innovative Industries, Inc., et al.</u>**
              **<u>Case No. 21-CV-755 (MKB)(RER)</u>**

Dear Chief Judge Brodie:

      This firm represents the defendants in the above-referenced action. Defendants' motion to dismiss has now been fully briefed and the parties have electronically filed all of the motion papers today via the ECF system. Pursuant to Rule 3(D) of Your Honor's Individual Practices and Rules, I have enclosed herewith a full set of courtesy copies of the motion papers. Specifically, courtesy copies of the following documents are enclosed herewith:

- Defendants' Notice of Motion to Dismiss;
- Declaration of Anat Geula in Support (with exhibit(s) thereto);
- Defendants' Memorandum of Law in Support (with exhibit(s) thereto);
- Plaintiff's Memorandum of Law in Opposition; and
- Defendants' Reply Memorandum of Law.

      Pursuant to Your Honor's Individual Practices and Rules, a copy of this cover is also being sent to Magistrate Judge Reyes and Plaintiff's counsel.

                                     Respectfully Submitted,

                                       /s/Nils C. Shillito

                                     Nils C. Shillito (NS-6755)

**Enclosures**

      cc:     Shalom Law, PLLC (via email)

              Hon. Ramon E. Reyes, Jr., USMJ (via first class mail)