UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INESSA KLIMOVITSKY,  Case No. 21-CV-755 (MKB)(RER)

                      Plaintiff,

    -against-

**CORPORATE DISCLOSURE STATEMENT**

JG INNOVATIVE INDUSTRIES, INC.,
JOSEPH GOTTLIEB, *Individually*,
ANAT GEULA, *Individually*, and
DOV MEDINA, *Individually*,

                      Defendants.
-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant J.G. INNOVATIVE INDUSTRIES INC. hereby certifies said corporation has no corporate parent, nor does any publicly held corporation own ten percent (10%) or more of its stock.

Dated:  Long Island City, New York
          December 15, 2021

                                        STEPHEN D. HANS & ASSOCIATES, P.C.

                                        By: /s/Nils C. Shillito
                                            Nils C. Shillito (NS-6755)
                                            30-30 Northern Boulevard, Suite 401
                                            Long Island City, New York 11101
                                            Tel: 718.275.6700
                                            *Attorneys for the Defendants*