# STEPHEN D. HANS & ASSOCIATES, P.C.
### LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**T:** 718.275.6700 • **F:** 718.275.6704

**NILS C. SHILLITO**
**ASSOCIATE**
Tel: 718.275.6700
nshillito@hansassociates.com

June 27, 2022

*VIA ECF*

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: **Klimovitsky v. JG Innovative Industries, Inc., et al.**
    **Case No. 21-CV-755 (MKB)(RER)**

Dear Judge Reyes:

  This firm represents the defendants in the above-referenced action. I write jointly with the consent of counsel for the plaintiff to respectfully request one last extension of time until July 8, 2022 for the parties to submit their settlement agreement covering plaintiff's wage and hour claims asserted pursuant to the Fair Labor Standards Act and New York Labor Law to the Court for approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

  The parties reached a settlement of the plaintiff's claims at the mediation session held on March 15, 2022. Subsequently, the parties agreed upon all of the written terms of their settlement agreement and are now only awaiting execution of the agreement by all of the parties. The parties shall not require any further extensions of time from the Court beyond the extension until July 8th requested herein.

           Respectfully Submitted,

           /s/Nils C. Shillito

           Nils C. Shillito (NS-6755)

cc: Jonathan Shalom, Esq.
   Counsel for Plaintiff
   (via ecf)