UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INESSA KLIMOVITSKY,

                Plaintiff,

-against-

JG INNOVATIVE INDUSTRIES, INC., JOSEPH GOTTLIEB, ANAT GEULA, and DOV MEDINA,

                Defendants.
------------------------------------------------------------X

Case No.: 1:21-cv-755 (MKB) (RER)

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel that the Plaintiff's Fair Labor Standards Act and New York Labor Law claims, asserted in the First through Fourth causes of action set forth in Plaintiff's Second Amended Complaint in the above-captioned action, are hereby voluntarily dismissed in their entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff's remaining claims, asserted in the Fifth through Thirteenth causes of action set forth in Plaintiff's Second Amended Complaint, are not being dismissed by this stipulation.

For the Defendants:

By: _____
Nils C. Shillito
Stephen D. Hans & Associates, P.C.
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101
Telephone: (718) 275-6700

Dated: ___July 7_____, 2022

For the Plaintiff:

By: _____
Jonathan Shalom
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Telephone: (718) 971-9474

Dated: _July 7,_____, 2022

SO ORDERED

_____
United States Magistrate Judge