UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

INESSA KLIMOVITSKY,   Case No.: 1:21-cv-755 (MKB) (RER)

                Plaintiff,

   -against-   **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

JG INNOVATIVE INDUSTRIES, INC., JOSEPH GOTTLIEB, ANAT GEULA, and DOV MEDINA,

                Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action, and all claims asserted therein, is hereby voluntarily dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

| For the Defendants: | For the Plaintiff: |
|---|---|
| By: _____ | By: _____ |
| Nils C. Shillito | Jonathan Shalom |
| Stephen D. Hans & Associates, P.C. | Shalom Law, PLLC |
| 30-30 Northern Boulevard, Suite 401 | 105-13 Metropolitan Avenue |
| Long Island City, NY 11101 | Forest Hills, NY 11375 |
| Telephone: (718) 275-6700 | Telephone: (718) 971-9474 |
| Dated: July 7, 2022 | Dated: July 7, 2022 |

SO ORDERED

_____
United States Magistrate Judge